MORTGAGE RECOVERY LAW GROUP LLP
Michael H. Delbick (California Bar No. 139200)
Paul A. Levin (California Bar No. 229077)
Dana J. Clausen (California Bar No. 223212)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 ♦ FACSIMILE: (818) 630-7920
e-mail: michael.delbick@mortgagerecoveries.com
paul.levin@mortgagerecoveries.com
dana.clausen@mortgagerecoveries.com

SNIPPER, WAINER & MARKOFF
Maurice Wainer (California Bar No. 121678)
270 N. Canon Drive, Penthouse
Beverly Hills, California 90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
E-mail: mrwainer@swmfirm.com

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for AmTrust Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC J. DUBLINO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV12-2121 TJH (OPx)<br><br>ORDER RE STIPULATION TO DISMISS; [PROPOSED]<br><br>JSC |

1

## [~~PROPOSED~~] ORDER

Based upon the stipulation and agreement of the Parties, and for good cause shown, it is hereby ordered that the matter of *FDIC v. Dublino*, Case No. EDCV12-2121 TJH (OPx), is dismissed with prejudice.

*IT IS SO ORDERED*

Date: ___7/11___, 2014

By: _____
Hon. Terry J. Hatter, Jr.
United States District Judge

3